# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | Case No.: 21-cr-1872-JLS |
|---|---|
| Plaintiff, | **Order Granting Joint Motion to Continue Trial Date** |
| v. | |
| MIGUEL CORELLA (D2), | Honorable Janis L. Sammartino |
| Defendant. | |

**IT IS HEREBY ORDERED** that the trial in this case currently scheduled for July 25, 2022, shall be continued to August 8, 2022, at 9:00 a.m.  It is also ordered that time be excluded under the Speedy Trial Act to further the ends of justice because failure to grant a continuance would result in a miscarriage of justice and/or deny counsel for the Government the reasonable time necessary for effective preparation.  *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  April 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge