# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL CORELLA (2),<br><br>　　　　Defendant. | Case No. 21-cr-1872-002-JLS<br><br>**ORDER GRANTING THE JOINT MOTION TO CONTINUE THE MOTION IN LIMINE HEARING AND EXCLUDE TIME** |

Based on the parties' joint motion, and for good cause appearing, the Court **GRANTS** the joint motion and continues the motion in limine hearing from July 15, 2022 at 2:00 pm to August 5, 2022 at 2:00 pm. Time is excluded in the interests of justice under 18 U.S.C. § 3161.

　　**IT IS SO ORDERED.**
Dated: July 11, 2022

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge